(Reported below: 234 F. 3d 411);
(235 F. 3d 481);
(4 Fed. Appx. 508);
(4 Fed. Appx. 485);
(4 Fed. Appx. 503);
(2 Fed. Appx. 721);
(4 Fed. Appx. 483);
(238 F. 3d 432);
(4 Fed. Appx. 519);
(243 F. 3d 550);
(4 Fed. Appx. 449);
(246 F. 3d 677);
(11 Fed. Appx. 713);
(2 Fed. Appx. 755);
(4 Fed. Appx. 514);
(246 F. 3d 677);
(2 Fed. Appx. 836);
(4 Fed. Appx. 450);
(2 Fed. Appx. 828);
(2 Fed. Appx. 842);
(4 Fed. Appx. 516);
(3 Fed. Appx. 648);
(2 Fed. Appx. 748);
(4 Fed. Appx. 482);
(11 Fed. Appx. 713);
(4 Fed. Appx. 510);
(2 Fed. Appx. 504);
(4 Fed. Appx. 477);
(2 Fed. Appx. 882); and
(2 Fed. Appx. 853). C. A. 9th Cir. Certiorari denied.